UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.  CV 08-4216-DDP(RCx)                    Date: July 16, 2008

Title:    Rubenia Bonilla-Maldonado, et al. V. TACA International
          Airlines, Sociedad Anonima, et al.

===================================================================
PRESENT: HON. ALICEMARIE H. STOTLER, CHIEF U.S. DISTRICT JUDGE

          S. Mikhail for
          Ellen Matheson                    None
          Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
None present                          None present

PROCEEDINGS: (In Chambers) ORDER TO SHOW CAUSE RE FAILURE TO COMPLY
             WITH GENERAL ORDER 08-02 AND SCHEDULING ORDER TO SHOW
             CAUSE HEARING BEFORE THE CHIEF JUDGE

     On July 10, 2008, this Court issued an Order to Comply With General
Order 08-02, which requires that all manually filed civil initiating
documents be submitted in electronic form (PDF format only) within twenty-
four hours of the date the civil initiating document is filed.  Counsel
have failed to comply with that Order of Court.

     IT IS HEREBY ORDERED that counsel appear in person before Chief Judge
Alicemarie H. Stotler, on August 11, 2008 at 1:30 p.m., Courtroom 10A,
Ronald Reagan Federal Building and United States Courthouse, 411 West
Fourth Street, Santa Ana, California, to show cause why monetary sanctions
should not be imposed against counsel pursuant to Local Rule 83-7, for
failure to comply with General Order 08-02.

     A written response to this Order to Show Cause should be filed no
later than July 31, 2008.  Failure to do so will result in the matter being
submitted to the Court without hearing and be deemed consent to the
imposition of sanctions.

     The Clerk shall serve this minute order on all parties/counsel in this
action.

cc: Judge Dean D. Pregerson

                                              ____ : _____
                             Initials of Deputy Clerk:   sdm