JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBENIA BONILLA-MALDONADO, KARNE FRETES-SOTO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TACA INTERNATIONAL AIRLIENS, SOCIEDAD ANONIMA, <br><br> Defendants. | Case No. CV 08-04216 DDP (FMOx) <br><br> **ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. The MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF'S CLAIMS FOR DAMAGES RELATING TO HER MENTAL AND EMOTIONAL INJURIES FILED BY DEFENDANT TACA INTERNATIONAL AIRLINES, SOCIEDAD ANONIMA (**DOCKET NUMBER 63**) set for February 27, 2012 at 10:00 a.m., is hereby VACATED. In addition, all pending trial dates are vacated by the Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 21, 2012

DEAN D. PREGERSON
United States District Judge